AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Chimaroke Victor Eleazu<br>*Plaintiff*<br>v.<br><br>Director US Army Network Enterprise Center - Natick<br>*Defendant* | Civil Action No.    3:20-02576-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the Plaintiff take nothing of the Defendant and this action is dismissed without prejudice.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having accepted the Report and Recommendation of Magistrate Shiva V. Hodges which granted defendant's motion to dismiss.

Date: September 21, 2021

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*